■ ROSLEY AJAR, Appellant, v HERMAN YELLON, Respondent. [616 NYS2d 237] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Saladino, J.), dated May 29, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Saladino at the Supreme Court. Sullivan, J. P., Lawrence, Pizzuto and Friedmann, JJ., concur.